JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
OCT 7, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Hanover Insurance Company,

    Plaintiff,

  v.

Realty Bancorp Equities, LLC,

    Defendant.

EDCV 16-200-VAP (SPx)

**DEFAULT JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

  Defendant Realty Bancorp Equities, LLC ("RBE) has failed to appear, plead, or otherwise defend in this action, and default was entered on April 18, 2016.  (Doc. No. 14.)  Counsel for plaintiff Hanover Insurance Company ("Hanover") requested judgment against RBE, and filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55(a) and (b).  (Doc. No. 22.)  Judgment is hereby entered in favor of Hanover and against RBE, as follows:

- The 2014–15 Hanover Policy does not potentially or actually cover the claims against RBE in the Underlying Lawsuit;

- The 2015–16 Hanover Policy does not potentially or actually cover the claims against RBE in the Underlying Lawsuit;

1

- Hanover has no duty to defend or indemnify RBE in connection with the Underlying Lawsuit.

**IT IS SO ORDERED.**

Dated:   10/7/16

_____
Virginia A. Phillips
Chief United States District Judge